

**SO ORDERED.**

**SIGNED this 19 day of November, 2008.**

_____
Stephen D. Gerling
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| IN RE: | Chapter: 7 |
|---|---|
| WILLIAM L. ROY, SR. and JOY ELIZABETH ROY | Case No. 08-60675 SDG |
| Debtor(s). | |

HONORABLE STEPHEN D. GERLING, U.S. Bankruptcy Judge

ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AS TO THE
FIRST MORTGAGE ON 4348 MELBROOKE CT, LAKELAND, FL 33811

Coming before the Court on was the motion of   INDYMAC FEDERAL BANK FSB (the

"Secured Creditor") for relief from that automatic stay.  After due deliberation, it is hereby

ORDERED, that the automatic stay instituted upon filing of the within bankruptcy case is

terminated pursuant to 11 U.S.C. §362(d)(1) as to Secured Creditor's lien interest in the property known

as 4348 MELBROOKE CT, LAKELAND, FL 33811 (the "Property"); and it is further

ORDERED, that Applicant be awarded reasonable attorneys' fees and expenses of $350.00 plus the $150.00 filing fee for a total of $500.00 to be paid by the Trustee out of any surplus proceeds from the sale of the Property and it is further

ORDERED, that Secured Creditor shall immediately provide an accounting to the Trustee of any surplus monies realized; and it is further

ORDERED, that any conversion of the within case shall not operate as an automatic stay against Applicant, except upon separate order of this court.

###